UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  Application for Exemption from
Electronic Public Access Fees by
Tian Heong Chan

Standing Order: M10-468

ORDER

PACER FEE EXEMPTION ORDER

    This matter is before the court upon the application and request by Tian Heong Chan (the "Applicant") for exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

    The Court finds that Applicant as an individual researcher associated with an educational institution falls within the class of users listed in the fee schedule as being eligible for a fee exemption and based upon the Multi-Court Exemption request received on December 30, 2025, describing the proposed use. Additionally, Applicant has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

    Accordingly, Applicant shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in connection with the project described in the attached application. Applicant shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

1. This fee exemption applies only to the Applicant and is valid only for the purposes stated above.

2. This fee exemption applies only to the electronic case files of this Court that are available through the PACER system;

3. By accepting this exemption, the Applicant agrees not to sell for profit any data obtained as a result of receiving this exemption,

4. The Applicant is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.

5. This exemption is valid nunc pro tunc from December 17, 2025, until January 17, 2026.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: New York, New York
January 2, 2026

SO ORDERED:

_____
Laura Taylor Swain, Chief Judge
United States District Court
Southern District of New York